```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JERRY LEWKOWITZ,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :           21-cv-10136 (LJL)
               -v-                                                 :
                                                                   :                ORDER
AQUAPURA DOURO VALLEY SA,                                          :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2022

LEWIS J. LIMAN, United States District Judge:

      The complaint in this case was filed on November 30, 2021.  Dkt. No. 1.  The Court scheduled an initial pretrial conference for March 11, 2022.  The parties did not appear at the conference, and no proof of service has been filed on the docket.  The Court will dismiss the complaint without prejudice for failure to make timely service if no proof of service or showing of good cause for failure to make service is filed within two weeks from the entry of this Order.  Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated: March 15, 2022  
       New York, New York  
                                                LEWIS J. LIMAN  
                                          United States District Judge